UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.  06-60138-CR-DIMITROULEAS

    Plaintiff,

vs.

DEMITRIUS JAMES SMITH,

    Defendant.
_____/

**O R D E R**

    THIS CAUSE is before the Court on Defendant's March 24, 2008 Motion For Modification of Sentence (18 U.S.C. 3582(c)(2)) [DE-58], and the Court has considered the Government's April 1, 2008 Response [DE-60], has reviewed the Court file and Pre-Sentence Investigation Report (PSIR) and finds as follows:

    1.  On May 11, 2006, Demitrius James Smith was indicted, along with Henry James Smith, and charged with Conspiracy to Possess with Intent to Distribute fifty (50) grams of more of Crack Cocaine and Possession with Intent to Distribute fifty (50) grams or more of Crack Cocaine. [DE-14].

    2.  On June 19, 2006, the Defendant pled guilty to the Conspiracy Count, [DE-37] pursuant to a plea agreement. [DE-38].

    3.  On August 31, 2006, the Defendant was sentenced to 70 months in prison. [DE-45]. He was held responsible for 57.6 grams of crack cocaine, which equals a base offense level 32, after two levels were reduced for the safety valve and three levels for acceptance, his Total Offense Level was 27, Criminal History I for a range of 70-87 months.

4. In his Motion For Modification of Sentence, the Defendant contends that he should get the benefit of the Sentencing Guidelines Commission's recent reduction in the scoring of crack cocaine. The Government agrees that the retroactive change in the guidelines reduces the Base Level Offense to 30 with a new calculated Total Offense Level of 25, Criminal History I for a range of 57-71 months. The Court agrees with the Government that it need not conduct a new sentencing hearing. Moreover, the Court has reviewed the Pre-Sentence Investigation Report and again considers a low end of the guidelines sentence to be reasonable and sufficient.

Wherefore, Defendant's Motion For Modification of Sentence [DE-58] is Granted. The sentence is reduced to 57 months in prison, with all previously imposed conditions of supervised release remaining the same. The Clerk will enter an Amended Judgment and Sentence.

DONE AN D ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Demitrius James Smith, #57572-004
c/o FCI
P.O. Box 725
Edgefield, SC 29824

Joanne Fine, AUSA

2